**Samuel R. MOORE, Plaintiff—Appellant,**

v.

**Joseph F. KERENICK, in his capacity as Manager, Employee Relations for the State Board for Technical and Comprehensive Education, Defendant—Appellee.**

**No. 99–1193.**

United States Court of Appeals, Fourth Circuit.

Submitted June 17, 1999.

Decided June 24, 1999.

Samuel R. Moore, Appellant Pro Se.

Jonathan Pharr Pearson, Nicole Paul Cantey, Ellzey & Brooks, L.L.C., Columbia, South Carolina, for Appellee.

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

PER CURIAM.

Samuel R. Moore appeals the district court's order granting summary judgment to the defendant in his action under the Age Discrimination in Employment Act, 29 U.S.C.A §§ 621–634 (West 1994 & Supp. 1999). We have reviewed the record and the district court's order adopting the magistrate judge's report and recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See *Moore v. Kerenick*, No. CA–97–1352–3–19BC (D.S.C. Jan. 29,

1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. AFFIRMED